BETH A ROSS, ESQ. (SBN 141337)
PHIL A THOMAS, ESQ. (SBN 248517)
LEONARD CARDER, LLP
1188 Franklin Street, Suite 201
San Francisco, CA 94109-6839
Tel: (415) 771-6400
Fax: (415) 771-7010
bross@leonardcarder.com
pthomas@leonardcarder.com

Attorneys for Defendants ILWU Local 10,
George Galarza and Melvin MacKay

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL E. MOORING,<br><br>  Plaintiff,<br><br>v.<br><br>ILWU LOCAL 10, GEORGE GALARZA and MELVIN MACKAY,<br><br>  Defendants. | Case Number: C-08-01656 JSW<br><br>**NOTICE OF COMPLIANCE WITH U.S.C. § 1446(D)** |

**TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO PLAINTIFF:**

**PLEASE TAKE NOTICE THAT,** on March 27, 2008, Defendant International Longshore and Warehouse Union Local 10, George Galarza and Melvin Mackay ("Local 10 Defendants") served Plaintiff a copy of its Notice to State Court and Plaintiff of Removal of the above-caption action in compliance with U.S.C. § 1446(d). In addition, on March 27, 2008, Local 10 Defendants filed in the Superior Court for the State of California, County of San

Francisco, a copy of its Notice to State Court and Plaintiff of Removal of the above captioned action in compliance with U.S.C. § 1446(d).

A copy of the caption page of the Notice to State Court and Plaintiff of Removal and a copy of the proof of service on Plaintiff is attached as Exhibit "A".

Dated: March 27, 2008                                          LEONARD CARDER, LLP

                                                               By /s/
                                                               Phil A. Thomas
                                                               Attorney for Defendants

**EXHIBIT A**

BETH A ROSS, ESQ. (SBN 141337)
PHIL A THOMAS, ESQ. (SBN 248517)
LEONARD CARDER, LLP
1188 Franklin Street, Suite 201
San Francisco, CA 94109-6839
Tel: (415) 771-6400
Fax: (415) 771-7010
bross@leonardcarder.com
pthomas@leonardcarder.com

Attorneys for Defendants ILWU Local 10,
George Galarza and Melvin MacKay

ENDORSED
FILED
Superior Court of California
County of San Francisco

MAR 27 2008

GORDON PARK-LI, Clerk
BY: ___MARIA SANCHEZ___
Deputy Clerk

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO

| | |
|---|---|
| DARRELL E. MOORING,<br><br>Plaintiff,<br><br>v.<br><br>ILWU LOCAL 10, GEORGE GALARZA and MELVIN MACKAY,<br><br>Defendants. | Case Number: CGC-08-472566<br><br>**NOTICE TO STATE COURT AND PLAINTIFF OF REMOVAL OF CIVIL ACTION** |

**TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO:**

**PLEASE TAKE NOTICE THAT,** on March 27, 2008, Defendants International Longshore and Warehouse Union Local 10, George Galarza and Melvin Mackay filed in the United States District Court for the Northern District of California a Notice of Removal for the

-1-
MOORING V. ILWU LOCAL 10
NOTICE TO STATE COURT & PLAINTIFF OF REMOVAL OF CIVIL ACTION

above captioned action from the Superior Court of the State of California, Los Angeles. A copy of the Notice of Removal, without exhibits is attached as Exhibit "A".

PLEASE TAKE FURTHER NOTICE THAT, pursuant to 28 U.S.C. § 1446, the filing of the Notice of Removal in the United States District Court, together with the instant filing of a copy of the same with this Court, effects the removal of this action and that the above-captioned Court may proceed no further unless and until the case is remanded.

Dated: March 27, 2008

LEONARD CARDER, LLP

By: /s/
Phil A Thomas
Attorneys for Defendants

-2-
MOORING V. ILWU LOCAL 10
NOTICE TO STATE COURT & PLAINTIFF OF REMOVAL OF CIVIL ACTION

## CERTIFICATE OF SERVICE

The undersigned declares under penalty of perjury that the following is true and correct. Declarant is employed in the City and County of San Francisco, State of California. Declarant is over the age of eighteen years and is not a party to the within action. Declarant's business address is 1188 Franklin Street, Suite 201, San Francisco, California 94109. On March 27, 2008, I served the within NOTICE TO STATE COURT AND PLAINTIFF OF REMOVAL OF CIVIL ACTION on the undernoted by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in a United States Post Office mail box at San Francisco, addressed as follows:

DARRELL E. MOORING
317 SO. 20TH STREET
RICHMOND, CA 94804

Executed at San Francisco, California on March 27, 2008.

*Mathilda Mendonca*
Mathilda Mendonca



## CERTIFICATE OF SERVICE

The undersigned declares under penalty of perjury that the following is true and correct. Declarant is employed in the City and County of San Francisco, State of California. Declarant is over the age of eighteen years and is not a party to the within action. Declarant's business address is 1188 Franklin Street, Suite 201, San Francisco, California 94109. On March 27, 2008, declarant served the within **NOTICE OF COMPLIANCE WITH U.S.C. § 1446(D)** on the undernoted by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in a U.S. Post Office mail box at San Francisco, addressed as follows:

DARRELL E. MOORING
317 S. 20TH STREET
RICHMOND, CA 94804

Executed at San Francisco, California on March 27, 2008.

*Mathilda Mendonca*
Mathilda Mendonca

