BETH A ROSS, ESQ. (SBN 141337)
PHIL A THOMAS, ESQ. (SBN 248517)
LEONARD CARDER, LLP
1188 Franklin Street, Suite 201
San Francisco, CA 94109-6839
Tel: (415) 771-6400
Fax: (415) 771-7010
bross@leonardcarder.com
pthomas@leonardcarder.com

Attorneys for Defendants ILWU Local 10,
George Galarza and Melvin MacKay

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL E. MOORING,<br><br>    Plaintiff,<br><br>v.<br><br>ILWU LOCAL 10, GEORGE GALARZA and<br>MELVIN MACKAY,<br><br>    Defendants. | Case Number: C-08-01656 JSW<br><br>**CERTIFICATE OF SERVICE** |

The undersigned declares under penalty of perjury that the following is true and correct. Declarant is employed in the City and County of San Francisco, State of California. Declarant is over the age of eighteen years and is not a party to the within action. Declarant's business address is 1188 Franklin Street, Suite 201, San Francisco, California 94109. On March 27, 2008, declarant served the within

1. **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

MOORING V. ILWU LOCAL 10                                                                                                 PAGE 1
CERTIFICATE OF SERVICE

2. **NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION**

3. **ECF REGISTRATION INFORMATION HANDOUT**

4. **LOCAL RULES GUIDELINES PACKET**

5. **DROP BOX FILING PROCEDURES**

on the undernoted by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in a U.S. Post Office mail box at San Francisco, addressed as follows :

DARRELL E. MOORING
317 S. 20TH STREET
RICHMOND, CA 94804

Executed at San Francisco, California on March 27, 2008.

*Mathilde Mendonca*
———————————
Mathilda Mendonca

MOORING V. ILWU LOCAL 10
CERTIFICATE OF SERVICE

PAGE 2