BETH A. ROSS (SBN 141337)
PHIL A THOMAS (SBN 248517)
LEONARD, CARDER, LLP
1188 Franklin St., Suite 201
San Francisco, CA 94109
Tel: (415) 771-6400 / Fax: (415)771-7010

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL E. MOORING, | Case No. C-08-01656 JSW |
| Plaintiff, | |
| v. | **CERTIFICATION OF INTERESTED PARTIES OR PERSONS** |
| ILWU LOCAL 10, GEORGE GALARZA and MELVIN MACKAY, | |
| Defendants | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED July 7, 2008

Respectfully submitted.

LEONARD CARDER, LLP

Phil A Thomas
Attorneys for Defendants

1
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
CASE NO. CV-08-0119 TEH

## CERTIFICATE OF SERVICE

The undersigned declares under penalty of perjury that the following is true and correct. Declarant is employed in the City and County of San Francisco, State of California. Declarant is over the age of eighteen years and is not a party to the within action. Declarant's business address is 1188 Franklin Street, Suite 201, San Francisco, California 94109. On July 7, 2008, declarant served the within **CERTIFICATION OF INTERESTED PARTIES OR PERSONS** on the undernoted by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in a U.S. Post Office mail box at San Francisco, addressed as follows

DARRELL E. MOORING
317 S. 20TH STREET
RICHMOND, CA 94804

Executed at San Francisco, California on July 7, 2008.

Mathilda Mendonca

