UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
08 JUL 15 PM 2:02
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASE NO. C 08-01656 JSW

Mooring

Plaintiff(s),

v.

NOTICE OF NEED FOR ADR PHONE CONFERENCE

ILWU Local 10,

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

have not yet reached an agreement to an ADR process
request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference 7-25-08

The following counsel will participate in the ADR phone conference: Plaintiff

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Darrell Mooring | In Pro Per | (510) 776-4151 | |
| Phil A. Ross | ILWU Local 10, 1188 Franklin Street Ste 201 SF CA, 94109 | | |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 7-15-08

_____
Attorney for Plaintiff

Dated:_____

_____
Attorney for Defendant

Rev 12.05