# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**                **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: July 25, 2008                    **Court Reporter**: Jim Yeomans

**CASE NO. C-08-1656 JSW**

**TITLE: Darrell E. Mooring v. ILWU Local 10, et al.,**

**COUNSEL FOR PLAINTIFF:**                 **COUNSEL FOR DEFENDANT:**

Pro Se                                     Phil Thomas

**PROCEEDINGS: Initial Case Management Conference**

**RESULTS:**   The Court directed the Plaintiff to the Clerks Office to get a Pro Se Litigant Handbook.

Both parties consent to the reassignment of this case to a randomly assigned Magistrate Judge for all purposes.

This case shall be reassigned to a randomly assigned Magistrate Judge for all purposes.

cc: Wings Hom