**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL E. MOORING, | |
| Plaintiff, | No. C 08-01656 JSW |
| v. | |
| ILWU LOCAL 10, et al. | **ORDER REFERRING CASE TO MAGISTRATE JUDGE** |
| Defendants. | |

Pursuant to Civil Local Rule 72-1 and the parties' consent, the above captioned matter is HEREBY REFERRED to a randomly assigned Magistrate Judge for all purposes.

**IT IS SO ORDERED.**

Dated: August 4, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc:   Wings Hom

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DARRELL E. MOORING,

    Plaintiff,

v.

IL WU LOCAL 10 et al,

    Defendant.

Case Number: CV08-01656 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Darrell E. Mooring
317 So. 20th Stree
Richmond, CA 94804

Dated: August 4, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk