United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Darrell E. Mooring, | No. C 08-1656 JL |
| Plaintiff, | |
| v. | **ORDER APPOINTING COUNSEL** |
| ILWU Local 10, et al, | |
| Defendants. | |

Because the Plaintiff has requested and is in need of counsel to assist him in this matter and volunteer attorneys are willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Jeffrey M. Judd and Anna W. Lam of Howrey, LLP are hereby appointed as counsel for limited purposes for Darrell E. Mooring in this matter.

DATED: June 18, 2009

_____
James Larson
Chief Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIVIL\08-1656\Appointed.Cnsl.wpd  1