1  Jeffrey M. Judd (SBN 136358; juddj@howrey.com)
   HOWREY LLP
2  525 Market Street, 36th Floor
   San Francisco, California  94105
3  Telephone:  (415) 848-3221
   Facsimile:  (415) 858-4999
4
   Anna W. Lam (SBN 258089; lama@howrey.com)
5  HOWREY LLP
   1950 University Avenue, 4th Floor
6  East Palo Alto, California  94303
   Telephone:  (650) 798-3652
7  Facsimile:  (650) 798-3600
8  Attorneys for Plaintiff
   DARRELL E. MOORING
9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                     SAN FRANCISCO DIVISION
12

13  DARRELL E. MOORING,                     Case No. C-08-01656 JL (MEJ)

14         Plaintiff,                        **JOINT STIPULATION AND [PROPOSED]
                                             ORDER RESCHEDULING SETTLEMENT
           v.                                CONFERENCE**
15
    ILWU LOCAL 10, GEORGE GALARZA and        Date:    August 25, 2009
16  MELVIN MACKAY,                           Time:    10:00 a.m.
                                             Place:   Courtroom B, 15th Floor
17         Defendants.
                                             Judge:   Hon. Maria Elena James
18

19

20         Plaintiff Darrell E. Mooring and defendants ILWU Local 10, George Galarza, and Melvin

21  Mackay hereby submit this Joint Stipulation and [Proposed] Order requesting a rescheduling of the

22  settlement conference currently scheduled for August 25, 2009, as follows:

23         WHEREAS, plaintiff propounded his First Requests for Production of Documents, dated June

24  11, 2009 (the "First RFP"); and

25         WHEREAS, the order appointing plaintiff's counsel was entered on June 18, 2009; and

26  //

27  //

28

    Joint Stipulation and [Proposed] Order Rescheduling     -1-
    Settlement Conference
    Case No. C-08-01656 JL

1    WHEREAS, defendants provided responses to the First RFP on August 11, 2009, and the

2    parties have only recently commenced meet-and-confer discussions regarding the completeness of

3    such response; and

4    WHEREAS, counsel for the parties each believe that a settlement conference will be most

5    meaningful if the discovery in the case is more fully developed.

6    NOW, THEREFORE, the parties hereby request that the Court reschedules the settlement

7    conference to a date some time in the latter half of September or first half of October 2009.

8

9    SO STIPULATED:

10   Dated:  August 13, 2009                    By:_____
                                                   Jeffrey M. Judd
11
                                                   HOWREY LLP
12                                                 Attorneys for Plaintiff
                                                   Darrell E. Mooring
13

14   Dated:  August 13, 2009                    By:_____
                                                   Phil A. Thomas
15
                                                   Leonard Carder LLP
16                                                 Attorneys for Defendants
                                                   ILWU Local 10, George Galarza, and Melvin
17                                                 MacKay

18

19

20   IT IS SO ORDERED:

21   Dated:  _August 17, 2009___, 2009          By:_____
                                                   Magistrate
22

23

24

25

26

27

28

Joint Stipulation and [Proposed] Order Rescheduling          -2-
Settlement Conference
Case No. C-08-01656 JL